AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| George Ralph Lindsey, )<br>*Petitioner* )<br>v. )<br>Warden Leroy Cartledge, )<br>*Respondent* ) | Civil Action No.   1:14-cv-02751-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, George Ralph Lindsey, shall take nothing of the respondent, Warden Leroy Cartledge, as to the petition filed pursuant to 28 U.S.C. §2254 and this case is dismissed with prejudice for failure to prosecute.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, which dismissed the action with prejudice.

Date:   March 17, 2015                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/M. Walker
                                                      _____
                                                        *Signature of Clerk or Deputy Clerk*